UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| CLINT WAYNE THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 06-277-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | **ORDER** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The Plaintiff, Clint Wayne Thomas, brought this action pursuant to 42 U.S.C. §§ 405(g) and 1383(c)(3) to challenge a final decision of the Commissioner of Social Security ("Commissioner"), who denied his application for disability insurance benefits. [R. 1]. Consistent with the Court's practice and pursuant to 28 U.S.C. § 626(b)(1), this matter was referred to United States Magistrate Judge Edward B. Atkins for the issuance of a report and recommendation containing the proposed findings and recommendations. [R. 8.]

On August 23, 2007, Magistrate Judge Atkins filed his Report and Recommendation. [R. 9.] In his Report, the Magistrate Judge concluded that the ALJ had given appropriate weight to the various medical testimony and that the decision was thus supported by substantial evidence. [*Id*. at 7-9]. The parties were given ten (10) days from the filing of the Report and Recommendation to file objections [*Id*. at 9], however neither party objected.

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no

objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir.1981).

Nevertheless, this Court has examined the record, and having made a *de novo* determination, it agrees with the Magistrate Judge's report and recommendation. Accordingly, the Court being sufficiently and otherwise advised, it is hereby **ORDERED** that

(1) the Magistrate Judge's Report and Recommendation [R. 9] is **ADOPTED** as the opinion of this Court;

(2) the Plaintiff's Motion for Summary Judgment [R. 6] is **DENIED**;

(3) the Defendant's Motion for Summary Judgment [R. 7] is **GRANTED**; and

(4) judgment in favor of the Defendant will be entered contemporaneously herewith.

This the 19th day of October, 2007.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge